Willie-Anthony: Brown,
Authorized Representative,
Natural Person, In Propria
Persona: Ex Relatione BROWN,
WILLIE A: All Rights Reserved:
U.C.C. 1-207/ 1-308; U.C.C. 1-
103 c/o 5824 Ludlow St
Philadelphia, PA [19139]non-
Domestic.

Date: May 11th, 2023

IN THE UNITED STATES
DISTRICT COURT FOR
THE EASTERN
DISTRICT OF
PENNSYLVANIA

Willie-Anthony: Brown,
and others similarly
situated;

22 USC 7102

Complainant(s)

SEVERE FORM OF
TRAFFICKING IN
PERSONS

V.

IEASHA
EDWARDS,VIKTORIA
KRISTIANSSON, IDA
CHEN, DUBOVITSKY

VERIFIED CRIMINAL
COMPLAINT

Respondent(s)

## NOTICE OF CLAIM OF LIEN
A NOTICE TO AGENT IS A NOTICE TO THE PRINCIPAL
A NOTICE TO THE PRINCIPAL IS A NOTICE TO AN AGENT

This is an Interlocutory Injunction and Demand for Payment of $10,000,000,000 (Ten Billion Dollars); et al, as Implied Trustee on the grounds of Breach of Contractual Obligations and a Request for Actual Presently Due Damages and any all-other relief the Court deems equitable under the law. The "Undersigned" is the Affiant and "Holder-in-Due Course of the Instrument and Respondents owe an Obligation of Performance Under Public Law 73-10 to restore possessory rights of the VAST ESTATE PURE EXPRESS TRUST for the following violations including, but not limited to:

a) Lack Mutuality of Intent for Contract

b) Lack of Consideration

c) Lack of Ambiguity in Offer

d) Failure to Disclose the Nature of the Agreement

Victim Alleges that Respondents, knowingly and with malice of forethought, initiated a malicious prosecution in case # 2304V7320, AND Exchanged for Non-Redeemable Federal Reserve Notes Public Law 73-10.

Additionally, Under the Public Vessel Act, or artificial contrivance used or capable of being used as a means of transportation. So, it follows, that it is a prima facie fact that Respondents are transporting Securities, without consent of victim, thus initiate these Breach of Contractual negotiations.

The ancient document rule may also refer to Federal Rule of Evidence 803 (16) which provides a hearsay exception when dealing with ancient documents. "To qualify for this exception and thus be admissible, the hearsay-containing document in question must be authenticated and have been

created before 1998." ("ancient document rule | Wex | US Law | LII / Legal Information Institute")

I.    Jurisdiction

1. §31102. Waiver of immunity §31103. Applicable procedure. A civil action under this chapter is subject to the provisions of chapter 309 of this title except to the extent inconsistent with this chapter.(Pub. L. 109–304, §6(c), Oct. 6, 2006, 120 Stat. 1521.) (a) In General.—A civil action in personam in admiralty may be brought, or an impleader filed, against the United States for—(1) damages caused by a public vessel of the United States; or compensation for towage and salvage services, including contract salvage, rendered to a public vessel of the United States. Jurisdiction for the court is vested in the Tucker Act Claim  Is Vested in The United States Court of Federal Claims. The United States Court of Federal Claims Has Exclusive Jurisdiction Over Tucker Act Claims in Excess Of $10,000, While Another Statutory Grant of Jurisdiction.

II.    Venue

2. §31104. Venue (a) In General.—A civil action under this chapter shall be brought in the district court of the United States for the district in which the vessel or cargo is found within the United States.(b) Vessel or Cargo Outside Territorial Waters.—If the vessel or cargo is outside the territorial waters of the United

States—(1) the action shall be brought in the district court of the United States for any district in which any Respondents resides or has an office for the transaction of business; or 2) if no Respondents resides or has an office for the transaction of business in the United States, the action may be brought in the district court of the United States for any district. (Pub. L. 109–304, §6(c), Oct. 6, 2006, 120 Stat. 1521.)

3. §31105. Security when counterclaim filed.  If a counterclaim is filed for a cause of action for which the original action is filed under this chapter, the respondent to the counterclaim shall give security in the usual amount and form to respond to the counterclaim, unless the court for cause shown orders otherwise. ("31105 (2020) - Security when counterclaim filed - Justia Law") The proceedings in the original action shall be stayed until the security is given. (Pub. L. 109–304, §6(c), Oct. 6, 2006, 120 Stat. 1522.)

4. §31107. Interest. A judgment in a civil action under this chapter may not include interest for the period before the judgment is issued unless the claim is based on a contract providing for interest. (Pub. L. 109–304, §6(c), Oct. 6, 2006, 120 Stat. 1522.)

5. §31108. Arbitration, compromise, or settlement. The Attorney General may arbitrate, compromise, or settle a claim under this chapter if a civil action based on the claim has been commenced. (Pub. L. 109–304, §6(c), Oct. 6, 2006, 120 Stat. 1522.)

6.  §30101. Extension of jurisdiction to cases of damage or injury on land

(a) In General.—The admiralty and maritime jurisdiction of the United States

extends to and includes cases of injury or damage, to person or property, caused

by a vessel on navigable waters, even though the injury or damage is done or

consummated on land.(b) Procedure.—A civil action in a case under subsection

(a) may be brought in rem or in personam according to the principles of law and

the rules of practice applicable in cases where the injury or damage has been done

and consummated on navigable waters.

(c) Actions Against United States.—(1) Exclusive remedy.—In a civil action

against the United States for injury or damage done or consummated on land by a

vessel on navigable waters, chapter 309 or 311 of this title, as appropriate,

provides the exclusive remedy.(2) Administrative claim.—A civil action described

in paragraph (1) may not be brought until the expiration of the 6-month period

after the claim has been presented in writing to the agency owning or operating

the vessel causing the injury or damage.(Pub. L. 109–304, §6(c), Oct. 6, 2006, 120

Stat. 1509.)

7.  §31110. Subpoenas to officers or members of crew. An officer or member of the

crew of a public vessel may not be subpoenaed in a civil action under this chapter

without the consent of—(1) the Secretary of the department or the head of the

independent establishment having control of the vessel at the time the cause of

action arose; or (2) the master or commanding officer of the vessel at the time the subpoena is issued.(Pub. L. 109–304, §6(c), Oct. 6, 2006, 120 Stat. 1522.)

8.  §31111. Claims by nationals of foreign countries. A national of a foreign country may not maintain a civil action under this chapter unless it appears to the satisfaction of the court in which the action is brought that the government of that country, in similar circumstances, allows nationals of the United States to sue in its courts.(Pub. L. 109–304, §6(c), Oct. 6, 2006, 120 Stat. 1522.)

9.  §31113. Reports. The Attorney General shall report to Congress at each session thereof all claims settled under this chapter.(Pub. L. 109–304, §6(c), Oct. 6, 2006, 120 Stat. 1523.)

10. Under the Tucker Act of 1887, the United States waived its sovereign immunity as to certain kinds of claims. "Although the government is immune to lawsuits as a general rule, the Tucker Act exposes the government to liability for certain claims." ("Tucker Act | Wex | US Law | LII / Legal Information Institute") Specifically, the Act extended the original Court of Claims' jurisdiction to include claims for liquidated or unliquidated damages arising from the Constitution (including takings claims under the Fifth Amendment), a federal statute or regulation, and claims in cases not arising in tort. The relevant text of the Act is codified in 28 U.S.C. §§ 1346(a) and 1491. 42 U.S.C. 1983, 42 U.S.C. 1994 Crime Victims Act (18 P. S. § 11.312(3)) And 28 U.S.C. §§ 1346(A) And 1491. As Well As (See 142(B)(7) Victim of Trafficking) § 1022.142 Prohibition on

Inclusion of Adverse Information in Consumer Reporting in Cases of Human Trafficking.

III.    Parties

11. Willie-Anthony: Brown, Trustee of the TUT, (The Ultimate Trust) Authorized Representative, Natural Person, In Propria Persona: Ex Relatione BROWN, WILLIE A: All Rights Reserved: U.C.C. 1-207/ 1-308; U.C.C. 1-103 c/o 5824 Ludlow St Philadelphia, PA [19139]non-Domestic (hereinafter referred to as "Victim" (See 142(b)(7) Victim of Trafficking)

12. VIKTORIA KRISTIANSSON, Coram Non Judice purporting to be a Judge of Commonwealth of Pennsylvania, doing business as, FAMILY COURT DOMESTIC RELATIONS. A Criminal Judge, with a principal place of business in Pennsylvania. 1501 ARCH st Room 3A Philadelphia, PA. 19102

13. IDA K CHEN, Coram Non Judice purporting to be a Judge of Commonwealth of Pennsylvania, doing business as, FAMILY COURT DOMESTIC RELATIONS. A Criminal Judge, with a principal place of business in Pennsylvania. 1501 ARCH st Room 3A Philadelphia, PA. 19102

14. POLICE OFFICER DUBOVITSKY, doing business as a Criminal for the Philadelphia
Police, is and at all times relevant a Philadelphia Police officer who is a Sergeant at 55th and
Pine St Phildelphia Pa 19131

15. IEASHA EDWARDS, Resident of Philadelphia, with a Listed Home at 5824 Ludlow st,
Philadelphia, and is being sued in her personal and professional capacity.

16. ADMINISTRATIVE OFFICES OF PENNSYLVANIA COURT, Beverly Beaver, 1441
Sansom St Philadelphia, Pa 19102 on 04/25/2023 did attempt to Compel Victim into Forced
Peonage in Violation of 42 USC 1994 via US POSTAL MAIL. Victim contends that
Traffickers are Causing Mental Anguish, Pain and Suffering, and Loss of Life, Liberty and
the Pursuit of happiness.

IV.    NATURE OF ACTION

17. ''I, Willie-Anthony: Brown, (hereinafter referred to as "Victim" (See 142(b)(7) Victim of
Trafficking) Do hereby attest that I am a victim of trafficking for purposes of section 605C
of the Fair Credit Reporting Act. The signature of Hangley, Michele, et al employee of
Commonwealth of Pennsylvania certifies this statement.'' And after having witnessed the
threat, duress, and coercion, do hereby file this timely complaint in action for Money

damages for Breach of Contractual Obligations, and hereby seeks leave of the Court for any and all relief the Court deems fit.

18. As a Victim of a Severe forms of trafficking in persons, Victim asserts that pursuant to the meaning provided in section 103 of the Trafficking Victims Protection Act of 2000, 22 U.S.C. 7102 , the respondents have breached the trust and thusly lose appointment as Trustee, and  this  is the central issue of this case. A federal tax inquiry into the whereabouts of the funding for this alleged criminal infraction is hereby proclaimed and advanced.

19. Victim is  now the sole trustee for the beneficiary - which collapses the trust under trust law AND under statutes, Sec 402(a)(1) of the UCT (Uniform Trust Code)

20. This is also Claim for Damages in the Nature of this Pigeon Drop Complaint—(The act of approaching a person and asking that person if he would like to share an amount of found money. In order to share the money, the person shows a good faith effort by willingly providing a specified amount of money with the expectation of receiving part of the ''found'' money) which is at the Center of this Controversy which is the Express or Implied Contract with Respondents which are evidenced by the Birth Certificate Bonds for which the Victim has Joinder to the Unconstitutional Adhesion contract and the Cestui Que Vie Trust #***-**-4232 with a DTCC Trading Symbol: FDLSX and an Approx. Worth of $560 Million USD in a Fidelity Select Leisure Portfolio ASSET CLASS: Sector / Industry MORNINGSTAR CATEGORY: Consumer Cyclical YTD+$0.04+13.65%

21. Victim furthers that Respondents owe an Obligation of Performance Under Public Law 73-10, And as an Applied-In-Fact Express Trust Trustee, respondents have Breached the

Contractual Obligation and Thus, must Issue of Writ of Escheat that has the effect of reversion of the feoffment and to turn over the use of the Usufructuary to The Undersigned.

22. Victim, by way of The Undersigned, declares that this antitrust and commodities class action includes but is not limited to Respondents' attempt to collusive manipulation of the market for U.S. Treasury bills, notes, and bonds (together, "Treasury securities"), and derivative financial products based on these Treasury securities, including Treasury futures and options traded on the Chicago Mercantile Exchange (collectively with Treasury securities, "Treasury Instruments"). Treasury securities are debt instruments issued by the U.S. Treasury Department ("Treasury Department") to help finance the operations of the U.S. government.

23. Victim by way of The Undersigned, opines that Treasury securities also serve as benchmarks for interest rates and pricing various other assets, including student loan debt, bonds, interest rate swaps, and exchange-traded Treasury futures and options; and that Treasury securities and related derivative financial products are used by state and local municipalities, corporations, investment funds, hedge funds, pension funds and individuals for investing and hedging purposes.

24. Respondents, et al, by virtue of their position as primary dealers in the market for Treasury securities, have acted willfully and with deliberate indifference to the Civil and Constitutional rights of the victim by contriving a scheme and artifice to defraud the Victim through a policy and practice which is promulgated in the Respondents supervision.  The Public Vessels Act

25. Victim contends that Instead, Respondents use their critical position to subvert the proper operation of the Treasury securities market by colluding to manipulate the Treasury Department auctions, as well as the pricing of Treasury securities in the "when-issued

market"—i.e., the period between auction announcement date and the issuance (delivery) of the auctioned securities.

26. Victim furthers that the when-issued market takes place during the seven days leading up to the Treasury Department auction, but also includes the few days between the auction and the ultimate issuance of the securities. During the pre-auction part of this period, entities including Respondents, pension funds, investment funds, hedge funds, and other types of investors can trade in the Treasury securities that are to be auctioned. Typically, Respondents act as sellers of Treasury securities to their customers during the when-issued market. Then, at auction, Respondents become buyers of the Treasury securities in order to cover the sales they made during the when-issued market. The difference between the price at which Respondents sell in the when-issued market and purchase at auction, or spread, is Respondents' profit. Respondents' conspiracy was to cause these profits to be supercompetitive.

27. Victim avers that in a competitive market not manipulated by Respondents, prices (yields) of Treasury securities generally tend to be higher (lower) in the when-issued market than prices tendered at auction. Perversely, as a result of Respondents' unlawful manipulation of the Treasuries market, the prices of when-issued Treasury securities were artificially high and the prices of Treasury securities at auction were artificially low. This scheme maximized Respondents' profits at the expense of their customers and others in the market.

28. Respondents employed a two-pronged scheme to manipulate the Treasury securities market. First, Respondents used electronic chatrooms, instant messaging, and other electronic and telephonic methods to exchange confidential customer information, coordinate trading strategies, and increase the bid-ask spread in the when-issued market to inflate prices of

Treasury securities they sold to the Class. Second, Respondents used the same means to rig the Treasury auction bidding process to deflate prices at which they bought Treasury securities to cover their pre- auction sales. Recent reports confirm that traders at some of these primary dealers "talked with counterparts at other banks via online chatrooms "land "swapped gossip about clients' Treasury orders."

29. Victim reasserts that by engaging in this unlawful conduct, Respondents have Breached the Contract detailed in the Trust (supra) and have maximized the spread not only for transactions in the when-issued market, but also between their buy (auction) price and sell (when-issued) price. This conduct lined the pockets of Respondents while raising prices to investors trading Treasury securities in the when-issued market, investors trading Treasury security-based futures and options, and investors transacting in instruments benchmarked to the prices of Treasury securities determined at auction, including certain bonds and other asset- backed securities and interest rate swaps. All without knowledge and consent of the victim.

30. Pursuant to ''Severe Forms of Trafficking in Persons,'' as defined in the TVPA, 22 U.S.C. 7102(11), is often the definition used to define trafficking under Federal law, Accepted Documentation for Proof of Identity for Victims of Severe Forms of Trafficking. However, the final rule provides flexibility to Victims by only requiring that Victims identify adverse items of information that resulted from trafficking, and the Victim has determined that there is no need to include a form in the final rule.

31. The Victim asserts that local law enforcement, as part of a local government, has documentation of a determination identifying victims of trafficking, including, but not limited to, items in a police report. This is particularly relevant since there is not a uniform

mechanism in place within most governmental entities to provide lawful permanent residents and United States citizens with a certification that a person is a victim of trafficking.

32. Section 605C(a)(1)(A)(ii) provides the term ''trafficking documentation'' means documentation of—by a court of competent jurisdiction. The Victim stated in the proposal it was incorporating this statutory definition of ''trafficking documentation'' with certain clarifying interpretations regarding documentation identifying a Victim who is a victim of trafficking involving a ''court of competent jurisdiction,'' and to clarify that the documentation may consist of one or more documents as long as the collective documentation satisfies the definition.

33. To implement this, the Victim presupposes two categories of documentation involving a ''court of competent jurisdiction'' in the definition of ''trafficking documentation.'' The first category of documents concerning a ''court of competent jurisdiction'' is documentation, in the form of a determination, that the Victim is a victim of trafficking made by a court of competent jurisdiction.

34. Therefore, the Victim concludes that Self- Attestation made by Victim is supported by the determination made by a Federal, State, or Tribal governmental entity or a court of competent jurisdiction, as described in § 1022.142(b)(6)(I)(A) or (B), it satisfies the trafficking documentation requirement as provided by § 1022.142(b)(6)(I)(C).

35. § 1022.142(b)(6)(I)(B) to clarify documents filed in a court of competent jurisdiction where a central issue in the case is whether the Victim is a victim of trafficking and the court has, at a minimum, affirmed the Victim's claim either by accepting certain pieces of evidence which are assumed to be true or finding that there is no genuine dispute as to any material

fact supporting a judgment in favor of the victim as a matter of law constitutes an acceptable victim determination under section 605C.

36. Victim states OFFICIAL POLICE MISCONDUCT COMPLAINT W-IAD-23-2205 filed on April 4th, 2023. And W-IAD-23-2320 filed May 11th, in lieu of VERIFIED COMPLAINT Pursuant to 22 U.S.C. 7102 SEVERE FORMS OF TRAFFICKING IN PERSONS and CRIMINAL FRAUD in Title of Collection: Case No: 2304V7320 Order Date Filed: 04/26/2023.

37. Victim Clarifies that a document filed in a court of competent jurisdiction is an acceptable determination that a consumer is a victim of trafficking where: (1) a central issue in the case is whether the consumer is a victim of trafficking; and (2) where the court has conducted an initial review of the victim's claim for purposes of a motion to dismiss or motion for summary judgment and the result is in favor of the victim;

38. However, the final rule provides flexibility to consumers by only requiring that consumers identify adverse items of information that resulted from trafficking, and the Bureau has determined that there is no need to include a form in the final rule. 605C(a)(3) expressly provides that ''victim of trafficking'' means a person who is a victim of (1) a severe form of trafficking in persons or (2) sex trafficking. 142(b)(6)(ii) Identified Adverse Items of Information In the proposed rule, the Bureau incorporated section 605(C)(a)(1)(B), the second component of ''trafficking documentation,'' into proposed § 1022.142(b)(6)(ii). Section 605(C)(a)(1)(B) provides that ''trafficking documentation'' is documentation that identifies items of adverse information that should not be furnished by a consumer reporting agency because the items resulted from a severe form of trafficking in persons the Bureau provided examples of adverse items of information that include records containing

derogatory information, such as payment delinquencies or defaults reported to a consumer reporting agency on a loan or large purchase, records of coerced debt where a loan is taken out by a victim of trafficking under force or threat, records of criminal arrests and convictions, and records of evictions or non-payment of rent.

39. For purposes of this rule, the terms ''severe forms of trafficking in persons'' and ''sex trafficking'' will be referred to individually (as defined in the section-by-section analysis of § 1022.142(b)) or collectively as ''trafficking.'' entity includes documentation at both the State and local level; • Permit a consumer to self-attest as a victim of trafficking if the document or an accompanying document is signed or certified by a Federal, State, or Tribal governmental entity, a court of competent jurisdiction, or the representatives of these entities; • Clarify that a document filed in a court of competent jurisdiction is an acceptable determination that a consumer is a victim of trafficking where: (1) a central issue in the case is whether the consumer is a victim of trafficking; and (2) where the court has conducted an initial review of the victim's claim for purposes of a motion to dismiss or motion for summary judgment and the result is in favor of the victim; and • Establish procedures explaining how consumers should submit the required documentation to consumer reporting agencies, what actions a consumer reporting agency must perform when it receives that documentation, the limited circumstances under which a consumer reporting agency may ask for additional information, written policies and procedures, and recordkeeping requirements to monitor compliance.

40. The FCRA concludes that the final rule applies to all types of adverse information, including criminal and license records, and should not contain an exception for law enforcement agencies to access such information. The statute does not exclude adverse information about

licensure, criminal convictions, or any other type of adverse information from this provision.
"Excluding these categories of information would contradict the purpose of section 605C
and the final rule." ("Cases of Human Trafficking Cases of Human Trafficking")

41. As the CONDITIONAL NOTICE OF ACCEPTANCE was not Honored, this Notice of
Default Judgment and Demand for Payment Action in Ejectment must be honored and all
claims, petitions, suits, fillings with any third-party corporations regarding same be
dismissed and expunged and Full Faith and Credit be restored to the Victim of the SS#174-
56-4232 dba BROWN, WILLIE A

42. NATURE OF RELIEF SOUGHT

43. The Enforcement of the following: WRIT OF ESCHEAT; including but limited to:

a. Warrant: * a document issued by a legal or government official authorizing to carry out
some action relating to the administration of justice. ("Criminal law: quiz #1 Flashcards |
Quizlet") To justify, vindicate, call for, sanction, validate; permit, authorize; deserve,
excuse, account for, legitimize; support, license, approve of; merit, qualify for, rate, be
worthy of, be deserving of: ("Meaning of 'warranted' in English Dictionary | 'warranted'
definition")

b. To Revert: of property: return or pass to the Victim(s) original owner(s) by reversion.

c.  Reversion: the right, esp. of the Victim(s) original owner(s)or their heirs, to possess or

succeed to property on the death of the present possessor or at the end of a lease

• a property to which someone has such a right.

• the right of succession to an office or post after the death or retirement of the holder.

"Cestui Que: "The person for whose use the feoffment was made."" ("Calaméo -

CESTUI QUE VIE ACT/TRUST OF 1666 (BREAKDOWN OF THE BIRTH ...")

d.  Feoffment (or Enfeoffment) in English law was a transfer of land or property that gave the

new holder the right to sell it as well as the right to pass it on to his heirs as an inheritance. It

was total relinquishment and transfer of all rights of ownership of an estate in land from one

individual to another.

e.  Cure for Breach of Contract

f.   Any and all relief deemed fit, including, but not limited to;

g.  Due Process as protected by the Fourth (4th) and Fifth (5th) Amendments of the

Constitution for the United States of America (Republic)

h.  All UNCONSTITUTIONAL Citations – Summons / Ticket – Suit / (misrepresented) Bill of

Exchange: Number <CP-51-CR- 0006768-2022>, and any other 'Order' or 'Action'

associated with it / them, to be dismissed and expunged for the record on its face and merits;

or, otherwise, be brought before a legitimately - delegated, and competent 'Court of Law' of

international jurisdiction / venue.

i.   All City, County and State Officials are to be informed of the Law of the Land
     (Constitution) and their obligation to uphold the same and to no longer be excused without
     action on the part of the Sheriff for violating the same. And to be made cognizance of the
     recompense of colorable actions on their part, by not adhering to the Law.

j.   Any Respondents, Corporate or Natural, Party-Claimants; Involvements be found guilty of
     the charges and shall result in immediate Recusal of Office.

k.   Respondents  IEASHA EDWARDS is being sued for  the Real Property listed at 5824
     Ludlow st as well $75,000 for compensatory damages and $75,000 for punitive damages in
     its official capacity.

l.   Respondents IDA K CHEN is being sued for $75,000 for compensatory damages and
     $75,000 for punitive damages in his private capacity.

m.   Respondents Policeman, DUBOVITSKY #8143, is being sued for $75,000 for compensatory
     damages and $75,000 for punitive damages in his private capacity.

n.   A.O.C.P. et al, is being sued for $10,000,000,000(USD) pursuant to §30101. Extension of
     jurisdiction to cases of damage or injury on land. (a) In General.—The admiralty and
     maritime jurisdiction of the United States extends to and includes cases of injury or damage,
     to person or property, caused by a vessel on navigable waters, even though the injury or
     damage is done or consummated on land.

o.   PHILADELPHIA POLICE, Respondents Policeman, DUBOVITSKY #8143, is being sued for
     $75,000 for compensatory damages and $75,000 for punitive damages in his private
     capacity.

p.  This is an Interlocutory Injunction and Demand for Payment of $10,000,000,000 (Ten Billion Dollars) and request for this Instrument to be given Full Faith and Power of Commercial Liability.

Sec. 616. Civil liability for willful noncompliance

(a) In general. Any person who willfully fails to comply with any requirement imposed under this title with respect to any consumer is liable to that consumer in an amount equal to the sum of

(1) (A) any actual damages sustained by the consumer as a result of the failure or damages of not less than $100 and not more than $1,000; or

(B) in the case of liability of a natural person for obtaining a consumer report under false pretenses or knowingly without a permissible purpose, actual damages sustained by the consumer as a result of the failure or $1,000, whichever is greater;

(2) such amount of punitive damages as the court may allow; and

(3) in the case of any successful action to enforce any liability under this section, the costs of the action together with reasonable attorney's fees as determined by the court.

(b) Civil liability for knowing noncompliance. Any person who obtains a consumer report from a consumer reporting agency under false pretenses or knowingly without a permissible purpose shall be liable to the consumer reporting agency for actual damages sustained by the consumer reporting agency or $1,000, whichever is greater. ("15 U.S.C. § 1681n (2016) - Civil liability for willful noncompliance ...")

(c) Attorney's fees. "Upon a finding by the court that an unsuccessful pleading, motion, or other paper filed in connection with an action under this section was filed in bad faith or for purposes of harassment, the court shall award to the prevailing party attorney's fees

reasonable in relation to the work expended in responding to the pleading, motion, or other paper." ("15 U.S. Code § 1681n - Civil liability for willful noncompliance")

## LETTER OF EVIDENCE OF TAX-EXEMPT FOREIGN STATUS

For the purposes of this Letter of Evidence the terms "United States" and "U.S." mean only the Federal Legislative Democracy of the District of Columbia, Puerto Rico, U.S. Virgin Islands, Guam, American Samoa, and any other Territory within the "United States," which entity has its origin and jurisdiction from Article I Section 8, Clause 17-18 and Article IV, Section 3, Clause 2 of the Constitution of the United States of America. The terms "United States" and "U.S." are NOT to be construed to mean or include the sovereign, these united 50 states for America.

1. I was neither born nor naturalized in the United States, nor "subject to its jurisdiction, therefore I am NOT and never have been, as described in 26 CFR 1.1- 1(c) and the 14th Amendment, a "U.S. citizen." Therefore, I am an "alien" with respect to the "United States."

2. I am NOT and never have been, as described in 26 USC 865(g)(1)(A), a "resident of the "U.S."

3. I have NEVER made, with ANY "knowingly intelligent acts" (Brady v. U.S. 397 U.S. 742, 748), ANY voluntary election under 26 USC 6013 or 26 CFR 1.871-4 to be treated as a "U.S. resident alien" for any purpose. Further, I have utterly NO intention of making such election in the future.

4. I AM, as described in 26 USC 865(g) (1) (B), a "nonresident alien" of the "United States."

5. I am NOT and never have been as described in 26 USC 7701(a)(30), a "U.S. person."

6. I am NOT and never have been, as described in 26 USC 7701(a) (14), a "taxpayer."

7. I do NOT have and never have had, as described in 26 USC 911(d)(3), a "tax home

within the U.S."

8. I AM therefore, as described in 26 CFR 1.871-2 and 26 USC 770l(b), a "non-resident

alien" with respect to the "United States" and am outside the general venue and

jurisdiction of the "U.S."

9. I am NOT and never have been, as described in 26 USC 3401, an "officer" or an

"employee" or an "elected official" (of the "United States" or of a "State" or of any political

subdivision thereof, nor the District of Columbia, nor of a "domestic" corporation) earning

wages from an "employer."

 CP-51-CR-0006768-2022 Secured Party: BROWN, WILLIE A, WAB Page 1 of 3

Letter of Evidence of Tax-Exempt Foreign Status 20230317

10. I am NOT and never have been, as described in 31 USC 3713, a "fiduciary," or as

described in 26 USC 6901, a "transferee" or a "transferee of a transferee."

11. I am NOT and never have been, as described in 26 USC Subtitle B, a "donor" or a "contributor," and as a "nonresident alien" excluded under' 26 USC 2501(a) (2), therefore, I AM EXEMPT from any gift tax under 26 USC Subtitle B.

12. As a "non-resident alien" NOT engaged in or connected with any "trade or business within the United States," I am NOT REQUIRED by law to obtain a "U.S." Taxpayer Identification Number or Social Security Number because of my exemption under 26 CFR 301.6109-1 (g). Further, I AM NOT REQUIRED by law to make, as described in 26 CFR 1.6015(a)-1, a "declaration," because I am exempt under 26 CFR 1.6015(i)-1 and fundamental law.

13. As a "nonresident alien," I have NO "self-employment income," as described in 26 CFR 1.1.1402 (9b)-3(d).

14. As a "nonresident alien," I derived NO gross income from sources within the "United States" either "effectively connected" or "not effectively connected" with the conduct of a trade or business in the "United States" as described in 26 USC 872{a).

15. As a "nonresident alien," my private-sector remuneration is from sources without the "United States" as described in 26 CFR 1.1441-3(a), does NOT constitute 26 USC 3401 "wages," and is therefore NOT "subject to" mandatory withholding under 26 USC 3402(a), 3101(a), or 26 CFR 1.1441-1, because of its EXEMPTION under 26 USC 3401(a)(6) and fundamental law.

16. As a "nonresident alien," I did NEVER intentionally make, with ANY knowingly intelligent acts, ANY voluntary withholding "agreement" as described in 26 USC 3402(p).

17. As a "nonresident alien," my income is NOT included in "gross income" under Subtitle A and is EXEMPT' from withholding according to 26 CFR 1.44l-3(a) and 26 CFR 31.340l(a)(6)-1(b).

18. As a "nonresident alien" with NO income "from sources within the United States," my private-sector, non-"U.S." income is FREE from all federal tax under fundamental law (see Treasury Decisions 3146 and 3640, and United States v. Morris 125 F. Rept 322, 331).

19. As a "nonresident alien," my estate and/or trust is, as described in 26 USC 7701 (a)(31), a TAX-EXEMPT "foreign estate or trust." ("AFFIDAVIT OF TAX-EXEMPT FOREIGN STATUS - 50megs")

20. As a "natural born Citizen" (II:l:5 of the Constitution), free Sovereign, American Citizen, and "non-resident alien" with respect to the federal "United States," I did NEVER voluntarily, intentionally waive, with ANY "knowingly intelligent acts," ANY of my inalienable/unalienable rights, and I have utterly NO intention of doing so in the future. Any prima facie evidence and SSA forms, statements, etc. were in

CP-51-CR-0006768-2022 Secured Party: BROWN, WILLIE A,

Letter of Evidence of Tax-Exempt Foreign Status 2023-03-17

I hereby revoke, cancel, and render void, Nunc Pro Tunc, both currently and retroactively to the time of signing, any and all such signatures. I reserve the right NOT to be compelled to perform under any agreement that I have not entered into knowingly, voluntarily, and intentionally.

21. I am NOT a 26 USC 7203 "person required"; I am a "non-taxpayer" outside both general and tangential venue and jurisdiction of Title 26, United States Code.

Pursuant to 28 USC 1746(1) and executed "without the United States," I believe and affirm under penalty of perjury under the Laws of the United States of America that the foregoing is true and correct, to the best of my belief and informed knowledge.

Subscribed, sealed, and affirmed, this day, 5th, April,  and year of 2023 I hereby affix my own signature to all of the above affirmations with explicit reservation of ALL my inalienable/unalienable rights and without prejudice to ANY of those rights (UCC 1-308).

Prohibition on Sale or Transfer of Debt Caused by Identity Theft

(1) In general. No person shall sell, transfer for consideration, or place for collection a debt that. ("Sec. 1681m - Requirements on users of consumer reports - Justia Law")

such person has been notified under section 605B has resulted from identity theft.

(2) Applicability. The prohibitions of this subsection shall apply to all persons collecting a debt.

described in paragraph (1) after the date of a notification under paragraph (1).

(3) Rule of construction. Nothing in this subsection shall be construed to prohibit –

(A) the repurchase of a debt in any case in which the assignee of the debt requires such repurchase because the debt has resulted from identity theft;

(B) the securitization of a debt or the pledging of a portfolio of debt as collateral in connection with a borrowing; or

(C) the transfer of debt as a result of a merger, acquisition, purchase and assumption transaction, or transfer of substantially all of the assets of an entity.

(g) Debt collector communications concerning identity theft. If a person acting as a debt collector (as that term is defined in title VIII) on behalf of a third party that is a creditor or other user of a consumer report is notified that any information relating to a debt that the person is attempting to collect may be fraudulent or may be the result of identity theft, that person shall –

(1) notify the third party that the information may be fraudulent or may be the result of identity theft; and

(2) upon request of the consumer to whom the debt purportedly relates, provide to the consumer all information to which the consumer would otherwise be entitled if the consumer were not a victim of identity theft, but wished to dispute the debt under provisions of law applicable to that person. Further Victim Sayeth Not.

SOVEREIGN HIERARCHY USUFRUCT GALAXIAL

Authorized Representative,

Natural Person, In Propria Persona: Ex Relatione BROWN, WILLIE A: All Rights Reserved:

U.C.C. 1-207/ 1-308; U.C.C. 1-103 c/o 5824 Ludlow St Philadelphia, PA [19139]non-Domestic

* NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL * * NOTICE TO THE

PRINCIPAL IS NOTICE TO THE AGENT *

Willie-Anthony:Brown,
Authorized Representative,
Natural Person, In Propria
Persona: Ex Relatione
BROWN, WILLIE A: All
Rights Reserved:
U.C.C. 1-207/ 1-308;
U.C.C. 1-103 c/o 5824
Ludlow St Philadelphia,
PA [19139]non-Domestic

Date: MAY 11ᵗʰ, 2023

IN THE UNITED STATES
DISTRICT COURT FOR
THE EASTERN
DISTRICT OF
PENNSYLVANIA

Willie-Anthony: Brown,
and others similarly
situated;

Complainant(s)

V.

Commonwealth of
Pennsylvania, et al

United States of America,
et al; Under the Doctrine of
Parens Patriae

Respondent(s)

VERIFICATION

&

CERTIFICATE OF
SERVICE

Verification:

Please note that investigations by this office are confidential and privileged (See 63 Pa.C.S. § 3109). If this matter is closed without the initiation of formal disciplinary action, this office is prohibited from providing you with any additional information regarding the specific concerns which caused the file to be opened, the evidence gathered during our review and investigation, or the specific reasoning that led to this office's decision. Be sure to keep copies of all documents forwarded to the Commonwealth as confidentiality statutes may prevent us from returning these items to you. Additionally, access to this information may be restricted while the file is under investigation. By submitted this complaint, you acknowledge that you understand that statements in this complaint are made subject to the criminal penalties of 18 Pa.C.S. § 4904 relating to unsworn falsification to authorities.

Certificate of Service

It is Hereby Certified that service of the foregoing, NOTICE OF LIEN and WRIT OF ESCHEAT, DEMAND FOR PAYMENT, and the associated Affidavit of Material Facts has been made upon the following addressee by depositing a copy in the United States Republic mail, postage prepaid, this 11 TH day of MAY, 1443M.C. (2023 C.C.Y.) addressed to:

| IDA K CHEN | IEASHA EDWARDS |
|---|---|
| 1501 ARCH STREET | 5824 LUDLOW ST |
| PHILADELPHIA PA 19102 | PHILADELPHIA, PA. 19139 |
| VIKTORIA KRISTIANSSON | DUBOVITSKY #8143 |
| 1501 ARCH STREET | 55TH PINE ST |
| PHILADELPHIA PA 19102 | PHILADELPHIA PA 19131 |

| JUDICIAL ADMINISTRATION | ERIC FEDER |
|---|---|
| PENNSYLVANIA JUDICIAL CENTER | CITY HALL RM 284 |
| 601 COMMONWEALTH AVENUE | PHILADELPHIA, PA 19102 |
| P.O.BOX 61260 | |
| HARRISBURG, PA 17106 | |

Willie-Anthony:Brown,
Authorized Representative,
Natural Person, In Propria
Persona: Ex Relatione
BROWN, WILLIE A: All
Rights Reserved:
U.C.C. 1-207/ 1-308;
U.C.C. 1-103 c/o 5824
Ludlow St Philadelphia,
PA [19139]non-Domestic

Date: MAY 11, 2023

IN THE UNITED STATES
DISTRICT COURT FOR
THE EASTERN
DISTRICT OF
PENNSYLVANIA

Willie-Anthony: Brown,
and others similarly
situated;

Complainant(s)

V.

Commonwealth of
Pennsylvania, et al

United States of America,
et al; Under the Doctrine of
Parens Patriae

AFFIDAVIT OF
OWNERSHIP OF
REGISTERED
SECURITIES

AND CERTIFICATE OF
TITLE

Respondent(s)

AFFIDAVIT OF OWNERSHIP OF REGISTERED SECURITIES

AND CERTIFICATE OF TITLE

"Equality is Paramount and Mandatory by Law"

To whom all presents shall come, Greeting: I, Willie-Anthony: Brown-Bey d/b/a TM.

WILLIE ANTHONY BROWN©®TM

To: whom it may concern,

In the Matter of the copy right of my fiction know as WILLIE ANTHONY BROWN, BROWN WILLIE, BROWN WILLIE A of the family Brown, and all derivatives thereof.

I, me, the undersigned, one of We the People, Sovereigns, natural born living souls, the Posterity, born upon the land in the one of several counties within the one of the several States united of America, Creditor, Claimant, and Secured Party, hereinafter Secured Party, I, me, do hereby solemnly declare, say, and state:

1. I, me, the Secured Party am competent to state the matters set forth herewith.

2. I; me, the Secured Party have personal knowledge of the Facts stated herein.

3. All the Facts stated herein are true, correct, complete, and not misleading, admissible as evidence, and-if testifying, I, me, Secured Party shall so state.

Plain Statement of Facts.

A matter must be expressed to be resolved.

In commerce truth is sovereign.

Truth is expressed in the form of an Affidavit.

An un-rebutted Affidavit stands as Truth in commerce.

An un-requited Affidavit becomes the judgment in commerce.

An Affidavit of Truth, under commercial law, can only be satisfied: by a rebuttal Affidavit of

truth, by payment, by agreement, by resolution by a jury according to the rules of Common Law.

This declaration is in commerce.


In the Matter of the fictions known as WILLIE ANTHONY BROWN, BROWN WILLIE,

BROWN WILLIE A (and all derivatives thereof) is a fiction (hereinafter Fiction) without form

or substance, and any resemblance to any natural born body living or dead is entirely intentional

in commercial fraud by acts of Genocide of We the People of Pennsylvania by the alleged

Government officials and Agents of the Commercial Corporation and Commercial Courts for the

purpose of disfranchising We the People of Pennsylvania from our Life, Liberty, Property, and

Pursuit of Happiness for their self-enrichment using their Rules of Civil Procedure Rule 52,

outside the authority of law and our Courts of original jurisdiction.

2. Fact: I have placed a copyright on the Fiction known as WILLIE ANTHONY BROWN,

BROWN WILLIE, BROWN WILLIE A Of the Brown family and it is now my private property

and cannot be used without my prior written consent and then only under the terms set out in this

contract.

3. Fact: The Fiction is my perfected security and registered by contract with me and with the

Secretary of State of Pennsylvania and is my recorded copyright Fiction by this declaration under

original common law jurisdiction for one hundred (100) years and is the private property of me,

the Secured Party, for the protection of my Estate, my Life, and Liberty.

4. Fact: Use of the Fiction on any document associated in any manner with my Estate, me, or members of my family the holder in due course, Secured Party, without my written prior consent is strictly forbidden and chargeable to each user and issuer in the amount of the sum certain of one thousand (1,000.00) dollars of silver specie in lawful coinage of the United States per user and per issuer per Fiction.

5. Fact: Use of the Fiction for the intent of gains for themselves (the issuers or users) or for others of any of my Rights, my private property, or any part of my Estate without full disclosure

and my written prior consent is strictly forbidden and chargeable to each of the users and issuers in the amount of the sum certain of one million (1,000,000.00) dollars of silver specie in lawful coinage of the United States as defined under Article I, Section 10 of We the Peoples Contract/Constitution for the United States per use per Fiction including any past, present, or future use.

6, Fact: Use of the Fiction on any document associated in any manner with my Estate or me, the holder in due course, Secured Party, without my written prior consent is all of the evidence required for enforcement of this agreement/contract and evidence that any and all users and issuers are in full agreement and have accepted this agreement/contract under the condition and terms so stated and set forth herein and is due and payable under the terms and conditions set forth herein this agreement/contract.

I, me, the Secured Party, am not an expert in the Law, however I do know right from wrong. If there is any human being that is being unjustly damaged by any statements herein, if he/she will inform me by facts, will sincerely make every effort to amend my ways. I hereby and herein

reserve the right to amend and make amendment to this document as necessary in order that the

truth may be ascertained and proceeding justly determined. If any living soul has information

that will controvert and overcome this Declaration, since this is a commercial matter, please

advise me IN WRITING by DECLARATION / AFFIDAVIT FORM within ten (10) days from

recording hereof, providing me with your counter Declaration/affidavit, proving with

particularity by stating all requisite actual evidentiary fact and all requisite actual law, and not

merely the ultimate facts of conclusions of law that this affidavit by Declaration is substantially

and materially false sufficiently to change materially my or the fictions status and factual

declaration. Your silence stands as consent to, and tacit approval of, the factual declarations here

being established as fact as a matter of law and this affidavit by Declaration will, stand as final

judgment in this matter; and for the sum certain herein stated and will be in full force and effect

against all party, due and payable and enforceable by law. The criminal penalties for commercial

fraud to be determined by jury, by law, the monetary value is set by me for violation of my rights

and for breach of the law the contract the Constitutions in the amount of a sum certain stated

herein for dollars specie of silver coin lawful money of the United States as define by Article I,

Section 10 of the Constitution of We the People for the United States and will be due payable on

the eleventh day or any day. there after as use occurs after filing by me, in the public records of

the county of Philadelphia, State of Pennsylvania, of this declaration.

The Undersigned, I, me, the Secured Party, holder in due course of original do herewith declare,

state and say that I, Secured Party, issue this with sincere intent in truth, that I, me, the

undersigned Secured Party, are competent to state the matters set forth herein, that the contents

are true, correct, complete, and certain, admissible as evidence, and reasonable and just to the best of my knowledge by me undersigned addressee.

Notice to the agent is notice to the principal applies to this notice.

Notice to the county clerk for the county of Philadelphia, State of Pennsylvania, and court of record of original jurisdiction, is notice to all.

By me, addressee Willie-Anthony: Brown, living soul, holder in due course, the Secured Party, WILLIE ANTHONY BROWN, BROWN WILLIE, BROWN WILLIE A Temporary mailing location post office of the States united Philadelphia County, Republic of Pennsylvania.

BILL NOTICE FOR VIOLATING COPYRIGHT

NOTICE

Notice and Demand for payment per the terms of previous accepted contract and agreement. Recorded in the public records for Philadelphia County, Republic of Pennsylvania.

In the matter of the use of our copy right fictions NEVER FILED From: me addressee, Willie-Anthony: Brown

Mail location Exact: post office for the States united Philadelphia, Pennsylvania

To: issuer THE STATE OF PENNSYLVANIA, all actors and agents and Representatives Demand for payment per Art 1. Sect. 10 Constitution for the United States as follows;

The person named by you as AL SCHMIDT 1,000,000.00 dollars silver specie coin of the United States for use of my copy right WILLIE ANTHONY BROWN, BROWN WILLIE, BROWN WILLIE A The person named by you as Thomas P. Cook 1,000,000.00 dollars silver specie coin of the United States for use of my copy right USEAGE IF NEEDED

"For a total 2,000,000.00 dollars silver specie coin of the United States"

This being a matter of commerce, three days (72 hours) is allowed under Regulation Z for settlement of the private commercial accounts. Notice and demand for payment. Please pay immediately. Failure, to pay will cause a suit to be filed against the Commissioners for THE STATE OF PENNSYLVANIA under federal Copy Right law infringement United States Code

TITLE 18 - CRIMES AND CRIMINAL PROCEDURE PART ONE CHAPTER 113 - STOLEN PROPERTY

U.S. Code as of 2021 Section 2319. Criminal infringement of a copyright Bill Issued and Filed Tuesday

Notice of Acceptance of Offer and Contract in Commerce

Notice and Demand for payment for the unauthorized use of my recorded copyright. Recorder number 1,000000 per the terms of the previous accepted contract and agreement for use of copyrights as recorded in the public records for county of Philadelphia, Pennsylvania previously sent to you.

To: Issuers and users of THE FICTION THE STATE OF STATE OF PENNSYLVANIA OR THE STATE Demand for payment per Art 1. Sect. 10 Constitution for the United States as follows

Regarding your acceptance of my offer for contract received by me from you with the enclose purchase order claim number CP-51-CR-0006768-2022 issued to me by you for the use of my Copyrights Contract/agreement.

Bill Per Contract

*Issuers, being three at one million dollars specie coin of the United States for each Issuer of my

Copyright ...total for each Issuers $3,000,000.00 Dollars

*Users, being at one million dollars specie coin of the United States for each user of my copyright ...total for users $3,000,000.00 Dollars each

Total amount due from Issuers and Users per Contract as agreed ... $10,000,000 Dollars

Please pay the full amount within ten (10) days. Failure to pay within ten (10) day will cause a ten percent penalty to be added to the total amount each thirty (30) days thereafter. Your account with me is over drawn and is now close.

If-it is your desire for me to act as your agent for drafting the payment, then simply do something other than pay with one of the following methods (e.g., do nothing or something outrageous or. untenable such as advocate that we are under a government based upon force and violence rather than law to wits T.G.C. Section 557.001, other than limited and Republican, etc....within 10 days and I will accommodate you.

1. Send me a certified authentic copy of the enrolled statute enacting the public law of the United States of America, Republic of Pennsylvania, or de jure political subdivision thereof which gives you the power to retain the aforesaid goods and/or services of mine without compensation to me.

2. Send me a certified authentic copy of the instrument evidencing the contract that would give you the power to retain the aforesaid goods and/or services of mine without monetary compensation to me. That supersede your public duties and Oath

3. Send me certified authentic copies of what, you would use to evidence an insurrection, invasion, or great natural disaster that would justify the martial law power that would allow you to retain the aforesaid goods and/or services of mine without monetary compensation to me. of Bill for Notice of Acceptance of Offer and Contract in Commerce.

4. Send me your check for the full amount

5. If it is not your desire for me to act as your agent in drafting the payment, then only pay as directed above by original (wet ink signature] documentation/check, either from a principal of • your organization or by a subordinate plus enclose an original signed delegation of authority from the said principal (such that I may verify the signature from one of several public sources).

I, of course, will be happy to compensate you for reasonable expenses incurred in making the requested certified copies, etc.

Until then, WE ARE NOT YOUR PROPERTY

Very truly yours

Addressees Mark Under Title 28 U.S.C. 1746 (1). Addressee: Willie-Anthony: Brown

Mail Location Exact:

Megan J. Brennan, Postmaster General 5011 Sansom St

Philadelphia, PA 19102 Phone: 215-592-1234 Fax: (215) 592-1234

PLACE ON FILE IN PUBLIC RECORD UNTIL PAYMENT IS RECIEVED.

MARATIME LIEN by Declaratory Judgment in the Nature of a Writ of Escheat and an Interlocutory Injunction  in Commerce Presented by me Willie-Anthony: Brown

PETITION FOR DECLARATORY JUDGMENT Under the Organic Law

Declaration in support of PETITION FOR DECLARATORY JUDGMENT By

THE COUNTY CONSTITUTIONAL COURT OF RECORD MANDATED BY ARTICLE 5

SECTION 15, 17 AND BY AUTHORITY OF ARTICLE 1, SECTION I, IV, VII, VIII, X and

XVII of the Constitution of the State of Pennsylvania and THE VII, VIII, IX AND X

AMENDMENT OF THE 1787 Constitution of the United States of America Commerce operates

in truth, demand for truth is made of all parties for full disclosure,

In the Matter of the copy right of my fiction known as WILLIE ANTHONY BROWN, BROWN

WILLIE, BROWN WILLIE A Of the House of Brown and all derivatives thereof and

We the People's Life, Liberty, Property, and Pursuit of Happiness, and the Peoples

Divine/inalienable right to trial by jury by law, the original jurisdiction common law in the

People's supreme court mandate by the Constitution for the State of Pennsylvania (herein after

CFST) Art 5 Section 15 and the document untitled but commonly referred to as Constitution of

the United States of America as ratified in 1789 and amended in 1791 (herein after (FUS) under

Article I Section 8 Clause 9 and Article III Sec. 1.

1, me, Willie-Anthony: Brown the undersigned, one of We the People, Sovereigns, natural born

living souls, the Posterity, born upon, the land in the one of several counties within the one of the

several States united of America, Creditor, Claimant, and Secured Party, hereinafter "Secured

Party, I, me", do hereby solemnly declare, say, and state:

1. I, me, the Secured Party am competent to state the matters set forth herewith.

2. I, me, the Secured Party have personal knowledge of the Facts stated herein.

All the Facts stated herein are true, correct, complete, and not misleading, admissible as

evidence, and if testifying, I, me, Secured Party shall so state.

WHEREAS, the public record is the highest form of evidence, I, me, Secured Party am hereby

timely creating public record with this Criminal Complaint by Declaration in the Nature of an Affidavit of Truth in Commerce Presented by me, addressee, the undersigned, one of the We the People of the several united States against the Clerk for county of Philadelphia; Pennsylvania, the PENNSYLVANIA BAR ASSOCIATION and the AMERICAN BAR ASSOCIATION and agents thereof operating a Criminal Racketeering Cartel against the People upon the Land of Pennsylvania.

1. Fact: This is a criminal complaint by declaration by me the Secured Party in the Article Ill court of record of the people upon the land of the county of Philadelphia, Pennsylvania under the law of the State and Republic of Pennsylvania Article 1 Section 8 and the Laws for the United States of America pursuant to both Constitutions listed above and for the following:

2. Fact: The clerk of records for the county of Philadelphia, Pennsylvania, (hereinafter Clerk) did receive to my filed copy right of my private work of fiction by declaration (Copy attached #1) and clerk is holder of original that was presented to Clerk for recording. Should The Clerk act in violation of my rights, in violation of her pledge of office by oath, in violation of the statutes of the United States codified at Revised Statutes of The United States, 1st session, 43 Congress 1873-1874.

Title LX. ---CRIMES. -- CH. 4. CRIMES AGAINST JUSTICE. -: (Destroying, &c., public records.) SEC. 5403. Every person who willfully destroys or attempts to destroy, or, with intent to steal or destroy, takes, and carries away any record, paper, or proceeding of a court of justice, filled, or deposited with any clerk or officer of such court, or any paper, or document, or record.

("img1.wsimg.com")

filed or deposited in any public office, or with any judicial or public officer, shall, without reference to the value of the record, paper, document, or proceeding so taken, pay a fine of not more than two thousand dollars, or suffer imprisonment, at hard labor, not more than three years, or both: [See Sec. Sec. 5408,5411,5412.1]

Title LOC. - CRIMES. - CH. 4. CRIMES AGAINST JUSTICE...: (Conspiracy to defeat enforcement of the laws.) ("FILED - World Review Group") SEC. 5407. If two or more persons in any State or Territory conspire for the purpose of impeding. ("img1.wsimg.com") hindering, obstructing, or defeating, in any manner, the due course of justice in any State or Territory, with intent to deny to any citizen the equal protection of the laws, or to injure him or his property for lawfully enforcing, or attempting to enforce, the right of any person, or class of persons, to the equal protection of the laws, each of such persons shall be punished by a fine of not less than five hundred nor more than five thousand dollars, or by imprisonment, with or without hard labor, not less than six months nor more than six years, or by both such fine and Imprisonment. See @ Sec. 1977-1991, 20042010, 5506-5510.1

Title LXX.---CRIMES. -- CH. 4. CRIMES AGAINST JUSTICE...: (Destroying record by officer in charge.) SEC. 5408. Every officer, having the custody of any record, document, paper, or proceeding specified in section fifty-four hundred and three, who fraudulently takes away, or withdraws, or destroys any such record, document, paper, or proceeding filed in his office or deposited with him, or in his custody, shall pay a fine of not more than two thousand dollars, or suffer imprisonment at hard labor not more than three years, or both, and shall, moreover, forfeit his office and be forever afterward disqualified from holding any office under the Government of the United States.

3. Fact: The Clerk was in Fact given Notice that crimes are being committed. (Copy attached #2)

4. Fact: The Clerk did conspire and refuse to file into the public record my lawful copy right of my fiction in collusion with agents of a Corporation named FIDELITY LEISURE ACCT a closed shop monopoly criminal Cartel created in Pennsylvania called the PENNSYLVANIA BAR ASSOCIATION, a subsidiary corporation of the AMERICAN.BAR ASSOCIATION having agents with titles of nobility of Esquire which are operating in commercial fraud in violation of the Sherman Act, the Clayton Act, the Hobbs Act, and the RICO Act, and Art. 1, Sec. 26, in treason against the People's Contract, the CFST and Article 1, Sec. 8, cl 9, of the Contract, the CFUS.

Relief Demand by me Willie-Anthony: Brown

For trial by jury by Original Jurisdiction common law as preserved by the 7th amendment and Art. 1, Sec. 8, cl 9 of the FUS, in our one supreme Court of We the people upon the land of the county of Philadelphia, Pennsylvania.

Notice of Trespass on Trademark

Notice of trespass on trademark: To ALL AGENTS AND ACTORS OF THE STATE OF PENNSYLVANIA Or fictions of entities not fully identified This is to give you notice that you have trespassed upon my trademark without authority and without contract. You have unlawfully trespassed on my trademark without my consent. We have no contract or agreement for you to us my trademark.

This is fair warning, DO NOT DO IT AGAIN CONDITIONALLY ACCEPTED, FOR VALUE BY DRAWEE UCC 3-419

For: DRAWER/PAYEE: THE UNITED STATES DISTRICT COURT and all agents, heirs, and assigns. Please provide for me, the DRAWEE, the commercial contract between the DRAWEES

and DRAWER/PAYEE or statutory Justification (LAW) in support for subject matter

jurisdiction for the above claim, which, operating publicly, with me as a holder in due course,

with a prepaid account, and exempt from levy that would establish DRAWER/PAYEE's issue for

new public currency collectable against My assets. (42 us 1994 Forced Peonage).

Trademark of DRAWEE

1. Now I give you an opportunity for using THE UNITED STATES POSTAL SERVICE for

contracting me having knowledge you are Estoppel by law from operating outside the

Corporation THE UNITED STATES in the several States united and I choose not

'To do business any more that would cause me a legal disability with agent of THE UNITED

STATES You may contact me by sending your papers to a Notary Public of the State of

Pennsylvania, who is as far as I know is no blood relation to me, or Fiduciary.


VICTIM (hereinafter referred to as Owner) being duly sworn, declare and state that I am of full

age and legally competent and have firsthand knowledge of the facts stated herein and believe

these facts to be true to the best of my knowledge. I also depose and say that I am the record

owner and holder of the Registered Certificated Security/Bond Token Symbol: FDLSX whose

name also appears on face of instrument as WILLIE ANTHONY BROWN. The

(TRUST/ESTATE) is by reference to the Official Certificate of TITLE for BROWN, WILLIE A,

recorded and filed dated July 30, 1971, The Clerk of Philadelphia County Recorder is located at

the Philadelphia County Register of Wills & Clerk of Orphans' Court, Room 111, City Hall,

Philadelphia, PA 19107. as the same appears to be held for safekeeping by state registrar. Said

Certificate of Title Instrument and further describes the same property that mentioned Certificate

of Title and all financial assets, accounts, registered securities, entitlements, real estate, and other

personal property that are associated with said Trust/Estate further described in the attached

UCC Financing Statement under Notice of Claim. Affiant (Owner) is the one legally entitled and authorized to act, appoint, assign, conveyed, and/or execute said Trust/Estate no other parties are allowed without consent from Registered/Record Owner. SO, ORDERED.

WITNESS:

I declare that Willie-Anthony: Brown dba WILLIE ANTHONY BROWN©® is personally known to me ( or has proven to me on the basis of convincing evidence) to be the Affiant (owner) that he signed or acknowledged this "Affidavit of Ownership" of Registered & Certificate of Title in presence, or he appears to be of sound mind and under no duress or undue pressure and or influence.

BY: _____

PRINT NAME: _____ DATE:_____

ACKNOWLEDGMENT BY NOTARY PUBLIC

On this date the men and/or women named above, in their stated capacity, personally appeared before me and acknowledged that this instrument attached hereto was signed as a free and voluntary act and deed for the uses and purposes stated therein.

Date: _____

Willie-Anthony:Brown,
Authorized Representative,
Natural Person, In Propria
Persona: Ex Relatione
BROWN, WILLIE A: All
Rights Reserved:
U.C.C. 1-207/ 1-308;                    Date: April 25th, 2023
U.C.C. 1-103 c/o 5824
Ludlow St Philadelphia,
PA [19139]non-Domestic.    IN THE UNITED STATES
DISTRICT COURT FOR
THE EASTERN
DISTRICT OF
PENNSYLVANIA

Willie-Anthony: Brown,
and others similarly
situated;

Complainant(s)                                              ORDER

V.

Commonwealth of
Pennsylvania, et al

United States of America,
et al; Under the Doctrine of
Parens Patriae

Respondent(s)


Wherefore, The Court Hereby issues an Order Granting the Relief Requested herein and or any

other such relief that the Court deems fit.


_____

By the Court


Dated this \_\_\_\_\_ day of _____, 2023.