# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIE ANTHONY BROWN,<br>  Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 23-CV-1766 |
| IEASHA EDWARDS, *et al.*,<br>  Defendants. | : | |

## ORDER

AND NOW, this 10th day of August, 2023, in light of *pro se* Plaintiff Willie Anthony Brown's failure comply with the May 15, 2023 Order issued in this case (Doc. No. 3), it is **ORDERED** that:

1. This case is **DISMISSED without prejudice** for failure to prosecute.

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

AND IT IS SO ORDERED.

_____
Paul S. Diamond, J.